UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBIN JUKER, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CHASE FIDDLER, et al.<br><br>    Defendants. | Case No. 1:25-cv-00304-DCN<br><br>**ORDER** |

## I. INTRODUCTION

Before the Court is Plaintiffs Robin Juker, Sherry Francis, Jordin Juker Schmidt, and the Estate of Macey Jaden Juker's (collectively "the Jukers") Motion to Set Bond. Dkt. 1. The Court has reviewed the record and determined that oral argument will not aid the decisional process. For the reasons set forth below, the Court GRANTS the Motion.

## II. ANALYSIS

Prior to initiating a lawsuit against a law enforcement officer, Idaho Code Section 6-610(2) requires a plaintiff to post a bond. This requirement serves two purposes: (1) "to ensure diligent prosecution" of the suit, and (2) to reimburse the officer for fees and costs, should the plaintiff lose. *Id*. The amount of the bond, however, is not specified in the statute. Typically, the Court has tailored the amount of any bond required under § 6-610 to the assets of a particular plaintiff. *See, e.g.*, *Yantis v. Adams Cnty., Idaho*, 2017 WL 4682966 (D. Idaho Oct. 17, 2017); *Rehms v. City of Post Falls*, 2022 WL 2069113 (D. Idaho May 5, 2022); *Clements v. Pocatello Police Dep't*, 2023 WL 2354894 (D. Idaho

Mar. 2, 2023). Alternatively, the Court may waive costs, fees, and security altogether for a Plaintiff who proves indigency. Idaho Code § 31-3220. Under Idaho Code § 6-610(4), Defendants have the right to except to the amount of the bond.

The Jukers have not provided the Court with any information as to their financial assets. However, they have requested a bond in the amount of $500. Such an amount is typical in cases such as these. *See, e.g. Copeland v. Bannock County*, Case No. 4:19-cv-00089-BLW (D. Idaho, March 13, 2019). Thus, the Court will conditionally set the amount of the bond at $500, reserving Defendants' right to file an exception with the Court as to the amount, which the Court will address in the event it is filed.

### III. ORDER

1. The Motion for Bond (Dkt. 1) is **GRANTED**.

    a. The Jukers must post a $500 bond with the Clerk of the Court within five (5) days of the filing of this Order.

DATED: June 16, 2025

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 2