# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## MINUTE ENTRY

CIVIL PROCEEDINGS: **Pending Motion [docket #8]**

| | |
|---|---|
| Judge David C. Nye | Date: **April 14, 2026** |
| Case No. 1:25-cv-00304-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 10:00 – 10:32   AM |

### JUKER, et al. v. FIDDLER, et al.

| | |
|---|---|
| Counsel for Plaintiff: | Chip Giles |
| Counsel for Defendant: | Reid K. Peterson (arguing) & Tyler D. Williams |

(X) After hearing argument, the Court took the matter under advisement with a written decision to be forthcoming.